# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEITH FALGOUT, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF
OF K&R HEATING & AIR
CONDITIONING, LLC

NO.  2025 CW 0970

VERSUS

RONNIE BUQUET, RONNIE'S
HEATING AND AIR LLC, AND K&R
HEATING & AIR CONDITIONING,
LLC

**JANUARY 23, 2026**

---

In Re:    Ronnie Buquet and Ronnie's Heating and Air, LLC,
applying for supervisory writs, 32nd Judicial District
Court, Parish of Terrebonne, No. 197388 c/w 198083 &
198719.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.**

HG
TPS

McClendon, C.J., concurs. The criteria set forth in **Herlitz
Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d
878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT